UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HOWARD O. KIEFFER, | Case No. 14-cv-3192 (ADM/LIB) |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| TUNDRA STORAGE, LLC; DARRYL JORGENSON; TIM JORGENSON; TIM JORGENSEON ENT.; RICHARD K. HOCKING; RELS TITLE; TERESA WARREN; J.S. REALTY, INC.; JULIE SATHERS; E/Z STORAGE CO.; KEN PAGE; LEANNE DEDRICK; SUSAN GINSBURG; and DOES 1 TO 10, inclusive, | |
| Defendants. | |

This matter comes before the undersigned United States Magistrate Judge upon the routine supervision of the cases that pend before the Court, pursuant to a general assignment made in accordance with the provisions of 28 U.S.C. § 636(b)(1)(A).

On August 26, 2014, the Court issued an Order directing Plaintiff to file an amended IFP application and pay his initial partial filing fee within twenty (20) days of the date of the Order. (Order [Docket No. 4]). It has now been more than twenty (20) days since the Court issued its Order, and Plaintiff has not filed an amended IFP application nor paid his initial partial filing fee. Accordingly, as forewarned, the Court **HEREBY RECOMMENDS:**

      That the present case be dismissed without prejudice for lack of prosecution. See Fed. R. Civ. P.41(b).


Dated: September 29, 2014            s/Leo I. Brisbois
                                             Leo I. Brisbois
                                             U.S. MAGISTRATE JUDGE


**N O T I C E**

      Pursuant to Local Rule 72.2(b), any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties **by October 14, 2014**, a writing that specifically identifies the portions of the Report to which objections are made and the bases for each objection. A party may respond to the objections within **fourteen (14) days** of service thereof. Written submissions by any party shall comply with the applicable word limitations provided for in the Local Rules. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. This Report and Recommendation does not constitute an order or judgment from the District Court, and it is therefore not directly appealable to the Court of Appeals.