UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Howard O. Kieffer,

        Plaintiff,

vs.

Tundra Storage, LLC, et al.,

        Defendants.

ORDER ADOPTING THE
REPORT AND RECOMMENDATION

Civ. No. 14-3192 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the present case is dismissed without prejudice for lack of prosecution. See Fed. R. Civ. P. 41(b).

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 21, 2014

    s/Ann D. Montgomery
    Ann D. Montgomery
    United States District Court Judge