UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Howard O. Kieffer,

           Plaintiff,

vs.                                ORDER ADOPTING THE
                                  REPORT AND RECOMMENDATION

Tundra Storage, Llc, et al.,

           Defendants.            Civ. No. 14-3192 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Plaintiff's claims against Defendant Page, are **DISMISSED without prejudice**, for failure to effect service and for lack of prosecution.

                                                                 s/Ann D. Montgomery
                                                                 Ann D. Montgomery, Judge
DATED: 12/14/2015                        United States District Court
At Minneapolis, Minnesota